IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MILDRED FIGUERAS FIGUEROA

Bkrtcy. No. 11-06804-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 12, 2011
Meeting Date: Oct 07, 2011
DC Track No. 13

Days from petition date: 56
Meeting Time: 1:00 PM

910 Days before Petition: 2/13/2009
☐ Chapter 13 Plan Date: Aug 12, 2011 Dkt.#2
☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $10,800.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Nov 04, 2011
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $300.00

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
☑ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☑ Not Examined under oath.
Attorney for Debtor(s) ☐ Present ☑ Not Present
☑ Substitute attorney: Ada Enriquez ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00 Paid Pre-Petition: $355.00 Outstanding: $2,645.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBd
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBd

The Trustee ☐ RECOMMENDS ☐ OBJECTS **Plan confirmation.**
§341 Meeting ☐ CONTINUED ☑ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: October 24, 2011 @ 8:00 A

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
Debtor failed to bring Social Security Card. Debtor didn't have alternate means to verify her Soc. Sec number.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 07, 2011