# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MILDRED FIGUERAS FIGUEROA

Bkrtcy. No. 11-06804-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Petition Filing Date: | Aug 12, 2011 | Meeting Date | Oct 24, 2011 | DC Track No. | 1 |
| Days from petition date | 73 | Meeting Time | 8:00 AM | | |
| 910 Days before Petition | 2/13/2009 | ☐ Chapter 13 Plan Date | Aug 12, 2011 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | | Plan Base: | $10,800.00 | | |
| This is the ___ Scheduled Meeting | | Confirmation Hearing Date: | Nov 04, 2011 | Time: | 2:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $600.00 |
|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present: ☒ None.
- ☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined  ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present  ☐ Not Present
- ☐ Substitute attorney: A. Henriquez  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: MARILYN VALDES ORTEGA*
- Total Agreed: $3,000.00  Paid Pre-Petition: $355.00  Outstanding: $2,645.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.  Liquidation Value: 0
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]  Gen. Unsecured Pool: N/A
- 10/6 The Trustee ☒ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 24, 2011